UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **FIRST COMMUNITY BANK,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. _____** |
| | § | **(Jury)** |
| **ABA INSURANCE SERVICES, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## DEFENDANT ABA INSURANCE SERVICES, INC.' NOTICE OF REMOVAL

TO THE HONORABLE COURT:

Pursuant to 28 U.S.C. Sections 1441 and 1446,  ABA Insurance Services, Inc. ("ABA" or "Defendant") hereby removes the above matter from the 319th District Court of Nueces County, Texas, to the United States District Court for the Southern District of Texas, Corpus Christi Division on the basis of diversity citizenship and amount in controversy, and in support thereof, respectfully shows the following:

### I.  BACKGROUND

1.1     The above-captioned matter was commenced in the District Court of Nueces County, Texas, by Plaintiff First Community Bank ("Plaintiff" or "FCB") filing its original Petition on August 24, 2017.  *See* Plaintiff's Original Petition ("Petition"), which is attached hereto as Exhibit C.  Plaintiff asserts a single cause of action for breach of contract against Defendant, whereby it argues that it was entitled to benefits it was owed under an insurance policy.[1]  Defendant seeks to recover defense costs it incurred in defending itself and FBC's

---

[1] The insurance policy upon which Plaintiff's claim is based was not issued by ABA, which is a managing general agent, not an insurance company.

President in other lawsuits, unidentified liquidated damages, and reasonable and necessary attorneys' fees that it will incur this case.  (Petition at ¶¶ 6 – 11).

1.2     ABA's registered agent was served with a copy of a summons and the Petition on September 8, 2017 via certified mail.  *See* the Notice of Service of Process Transmittal, attached hereto as Exhibit J.  ABA filed its Original Answer to Plaintiff's Original Petition on October 7, 2017.  *See* ABA Insurance Services, Inc.'s Original Answer to Plaintiff's Original Petition, attached hereto as Exhibit H.

1.3     ABA files this Notice of Removal within thirty (30) days from and after the date of the service of process upon it in said action.  *See* 28 U.S.C. §1446(b).  This Notice of Removal is being filed within one year of the commencement of this action.  *See Id.*

1.4     In accordance of 28 U.S.C. § 1446(a) and Local Rule 81, Defendant has attached to this notice:

(1)     All executed process in the case;

(2)     All pleadings asserting causes of action;

(3)     All orders, if any, signed by the state judge;

(4)     The docket sheet;

(5)     An index of matters being filed; and

(6)     A list of all counsel of record, including addresses, telephone numbers, and parties represented.

1.5     A copy of this notice will be concurrently filed with the state court and served upon Plaintiff.

## II.     BASIS FOR REMOVAL

2.1     Removal is proper based upon diversity of citizenship under 28 U.S.C. §§ 1332(a)(1), 1441(a), and 1446.  ABA has also met all other procedural requirements for removal.

A.      **Diversity of Citizenship**

2.2     The Plaintiff First Community Bank is a Texas Corporation that maintains its principal Place of Business in Corpus Christi, Nueces County, Texas.  (Petition at ¶ 1).

2.3     ABA is a foreign corporation with their principal places of business in a state other than Texas.  ABA is incorporated under the laws of Ohio and it maintains a principle place of business at 5910 Landerbrook Drive, Suite 100, Mayfield Heights, Ohio 44124.

2.4     Because Plaintiff is a citizen of the State of Texas and Defendant is a citizen of the State of Ohio, complete diversity of citizenship between the parties exists.

B.      **Amount in Controversy**

2.5     The court must first examine the complaint to determine whether it is facially apparent that the claims exceed the jurisdictional amount. *See St. Paul Reinsurance Co., Ltd. v. Greenberg,* 134 F.3d 1250, 1252 (5th Cir.1998); *Hartford Ins. Grp. v. Lou-Con Inc*., 293 F.3d 908, 910 (5th Cir. 2002). Where a plaintiff's complaint alleges a specific amount of damages, apparently in good faith, that sum controls as the amount in controversy. *See St. Paul Mercury Indem. Co. v. Red Cab Co.,* 303 U.S. 283, 288, 58 S.Ct. 586, 82 L.Ed. 845 (1938).

2.6     Plaintiff has pleaded in its Petition that it seeks monetary relief in this matter in an amount more than $200,000 but not more than $1,000,000.  (Petition at ¶ 13).  As a result, the amount in controversy exceeds $75,000. Defendant has carried its burden of proving the requisite jurisdictional amount based on the face of the Petition.  Accordingly, jurisdiction over the subject matter of this case is conferred by 28 U.S.C. § 1332(a)(1).

**C.**     **This Notice is Timely Filed**

2.7     ABA first obtained notice of this lawsuit on September 8, 2017 when its registered agent was served with Plaintiff's Petition.  *See* Exhibit J.  Thus, ABA is filing this Notice of Removal within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

**D.**     **Jurisdiction and Venue**

2.8     Jurisdiction is founded upon diversity of citizenship pursuant to 28 U.S.C. § 1332(a), as set forth in Paragraphs 2.2-2.4 above, and amount in controversy, as set forth in Paragraphs 2.5-2.6.

2.9     Venue is proper in this Court pursuant to 28 U.S.C. §1446(a) because this District and Division include the county in which the state action is pending.

**D.**     **Consent**

2.10     As of the time of this filing, ABA is the only defendant named in this matter.

**E.**     **Jury Trial Requested**

2.11     FBC demanded a jury trial in its Petition and paid the required fee.  (Petition at ¶ 14).

**F.**     **State Court Notice**

2.12     A copy of this Notice is also concurrently being filed with the state court and is being served upon the Plaintiff.

**G.**     **Attachments**

2.13     Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, ABA has attached the following exhibit to this Notice of Removal:

Exhibit A:     Index of Matters Being Filed

Exhibit B:     Docket Sheet

Exhibit C:       Plaintiff's Original Petition

Exhibit D:       Civil Process Request

ExhibitE:        Citation for ABA Insurance Services, Inc.

Exhibit F:       Citation and Return of Service for ABA Insurance Services, Inc.

Exhibit G:       Civil Case Information Sheet;

Exhibit H:       Defendant ABA Insurance Services, Inc.'s Original Answer;

Exhibit I:       Notice of Service of Process Transmittal; and

Exhibit J:       List of Parties and Counsel

Exhibit K:       Civil Cover Sheet

### III.    PRAYER

3.1    WHEREFORE, Defendant ABA Insurance Services respectfully submits, based on the allegations set forth in this Notice of Removal that this action is properly removed and request that this Court retain jurisdiction over this action.


[signature on next page]

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By:   */s/ Zandra E. Foley*
      Zandra E. Foley
      Texas State Bar No. 24032085
      Southern District I.D. No.:  632778
      *E-Mail:  zfoley@thompsoncoe.com*
      Brian S. Martin
      Texas State Bar No. 13055350
      Southern District I.D. No.:  8823
      *E-mail: bmartin@thompsoncoe.com*
      Steven M. Augustine
      Texas State Bar No.  24064845
      Southern District I.D. No.:  1467860
      *E-Mail:  saugustine@thompsoncoe.com*
      One Riverway, Suite 1400
      Houston, Texas   77056-1988
      (713) 403-8210  Telephone
      (713) 403-8299  Telecopier
*Counsel for ABA Insurance Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Removal of a Civil Action and attachments is being electronically filed with the Clerk of Court using the CM/ECF system. A copy of the filing is being forwarded via Email and U.S. Mail to the following on October 6, 2017:

Van Huseman
Eric Stewart
Huseman & Stewart, PLLC
615 N. Upper Broadway, Suite 2000
Corpus Christi, TX  78401-0781
*Counsel for Plaintiff First Community Bank*


/s/Zandra E. Foley
Zandra E. Foley

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **FIRST COMMUNITY BANK,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. _____** |
| | § | **(Jury)** |
| **ABA INSURANCE SERVICES, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## INDEX OF MATTERS BEING FILED

Pursuant to Local Rule 81, the following is an index of matters being filed with the Court in support of Defendant ABA Insurance Services, Inc.'s Notice of Removal:

1. Defendant's Notice of Removal (lead document);

2. All state court filings, including:

   ▪ Docket Sheet (Exhibit B)

   ▪ Plaintiff's Original Petition (Exhibit C)

   ▪ Civil Process Request (Exhibit D)

   ▪ Citation for ABA Insurance Services Inc. (Exhibit E)

   ▪ Citation and Return of Service for ABA Insurance Services, Inc. (Exhibit F)

   ▪ Civil Case Information Sheet (Exhibit G)

   ▪ Defendant ABA Insurance Services, Inc.'s Original Answer;

3. Notice of Service of Process Transmittal (Exhibit I);

4. List of Parties and Counsel (Exhibit J)

5. Civil Cover Sheet (Exhibit K)

Skip to Main Content  Logout  My Account  Search Menu  New Civil & Family Search  Refine Search  Back                    Location : All Courts   Help

# REGISTER OF ACTIONS
### CASE NO. 2017DCV-3974-G

| | | | |
|---|---|---|---|
| **First Community Bank vs. ABA Insurance Services, INC.** | § § § § § | Case Type:<br>Date Filed:<br>Location: | **Contract - Other**<br>**08/24/2017**<br>**319th District Court** |

---

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| | | | **Attorneys** |
| **Defendant** | **ABA Insurance Services, INC.** | | |
| | | | |
| **Plaintiff** | **First Community Bank** | | **Eric S. Stewart**<br>*Retained*<br>361-883-3563(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 08/24/2017 | **Original Petition (OCA)** | | |
| 08/24/2017 | **Original Petition Documents E-filed** | | |
| | *Plaintiff S Original Petition* | | |
| 08/24/2017 | **Civil Case Information Sheet** | | |
| 08/24/2017 | **Service Request Information Sheet** | | |
| | *Service Requested* | | |
| 09/05/2017 | **Citation** | | |
| | ABA Insurance Services, INC. | Served | 09/08/2017 |
| | | Response Due | 10/02/2017 |
| | | Returned | 09/11/2017 |

---

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| **Plaintiff** First Community Bank | | | |
| Total Financial Assessment | | | 355.00 |
| Total Payments and Credits | | | 355.00 |
| **Balance Due as of 10/04/2017** | | | **0.00** |
| | | | |
| 08/30/2017 | Transaction Assessment | | 355.00 |
| 08/30/2017 | E-file Payment | Receipt # 2017-14581-DCCLK | First Community Bank | (355.00) |

**EXHIBIT B**

Filed
8/24/2017 11:09 AM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO. _____2017DCV-3974-G

| | | |
|---|---|---|
| **FIRST COMMUNITY BANK** | § | **IN THE DISTRICT COURT** |
| | § | |
| **v.** | § | **_____JUDICIAL DISTRICT** |
| | § | |
| **ABA INSURANCE SERVICES, INC.** | § | **NUECES COUNTY, TEXAS** |

---

### PLAINTIFF'S ORIGINAL PETITION

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, FIRST COMMUNITY BANK (hereinafter FCB) and brings the following claims against Defendant ABA INSURANCE SERVICES, INC., and in support thereof, Plaintiff would respectfully show the Court as follows:

### I.    PARTIES

1.    Plaintiff FIRST COMMUNITY BANK OF TEXAS is a Texas corporation that maintains its principal place of business in Corpus Christi, Nueces County, Texas.

2.    Defendant ABA INSURANCE SERVICES, INC., an insurance company doing business in Nueces County, Texas, can be served through its registered agent Corporation Service Company dba CSC Lawyers Incorporating Service Company, at 211 E. 7th Street, Ste. 620, Austin, Texas 78701-3218.

### II.    CONDITIONS PRECEDENT

3.    All conditions precedent for recovery have been performed or have occurred.

### III.    JURISDICTION

4.    The subject matter and amount in controversy is within the jurisdiction of this Court.

EXHIBIT C

## IV.    VENUE

5.      Venue is proper in Nueces County under TEXAS CIVIL PRACTICE & REMEDIES CODE §§ 15.002 and 15.032.   A substantial part of the events or omissions complained of occurred in Nueces County, the insurance policy was purchased in Nueces County, the policy was negotiated in Nueces County, the loss occurred in Nueces County, and the policyholder resided in Nueces County at the time the cause of action accrued.

## V.    FACTS

6.      FCB purchased an insurance policy from Defendant which requires Defendant to provide a defense should a covered claim be made against FCB.   Such a claim was made and Defendant failed to pay policy benefits.

7.      FCB and its President, Wes Hoskins, were subjected to multiple lawsuits against them, as well as extensive discovery proceedings, including Cause No. 2015-DCV-3478-B in the 117th Judicial District Court of Nueces County, Texas.   Fortunately, FCB was able to resolve the claims against it without payment of either money or other consideration. Defendant objected to the settlement, complaining that the policy of insurance contained a "consent to settle" clause. This objection was patently frivolous since payment by Defendant carrier was neither requested nor made.

8.      FCB reported to Defendant on the status of the lawsuit, including the conclusion that the defense costs would likely exceed the policy retention amount. Defendant later insisted that it was not told of the possibility of exceeding the retention—despite having received continuing reports to the contrary.   Defendant also received pleadings, motions, and invoices for the multiple attorneys involved, but later insisted that it was not told of the existence of those lawyers.   Defendant repeatedly hid behind technical "defenses"—making false statements of

fact—to justify its failure to pay policy benefits afforded by the policy.    Ultimately, Defendant paid only a small fraction of the costs it owed.

## VI.    BREACH OF CONTRACT

9.    Defendant's conduct constitutes a breach of contract as Defendant has not complied with the terms and requirements of the policy.    Specifically, Defendant was provided with the names and identities of the various attorneys representing First Community Bank and its chairman, Wes Hoskins, in the various matters as early as December 23, 2014, but ignored that information.    Defendant denied awareness of the magnitude of the various problems and disapproved the very attorneys who had obtained the favorable result for FCB after the fact.

10.    Alternatively, Defendant either ignored or was ignorant of Texas law regarding the enforcement of notice and approval provisions contained within policies of insurance. Under Texas law an insurer must demonstrate actual prejudice in order to insist on notice or prior approval in order to decline coverage. Defendant has not (so far) shown any prejudice from a zero-payment settlement.

11.    Defendant's wrongful conduct was a producing cause of injury and damages to the bank within the jurisdictional limits of the court. FCB also seeks recovery of unliquidated damages and also reasonable and necessary attorney's fees.

## VII.   DISCOVERY

12.    Discovery should be conducted under Level 3.

## VIII.  DAMAGES

13.    Pursuant to Texas Rule of Civil Procedure 47, Plaintiff FCB seeks monetary relief over $200,000 but not more than $1,000,000 and all other relief to which it is justly entitled,

including damages of any kind, penalties, costs, expenses, pre-judgment interest, and reasonable and necessary attorney's fees.

## IX.    JURY DEMAND

14.    FCB demands a jury trial and tenders the appropriate fee with this petition.

## X.    REQUEST FOR DISCLOSURES

15.    Under Texas Rule of Civil Procedure 194, FCB requests Defendants disclose, within 50 days of the service of this request, the information or material described in Rule 194.

## XI.    PRAYER FOR RELIEF

16.    FCB prays for the following judgment against Defendant:

 a.  Actual damages;

 b.  Pre-judgment and post-judgment interest;

 c.  Court costs;

 d.  Attorneys' fees;

 e.  All other relief to which it is entitled.

Respectfully submitted,

  /s/ Eric Stewart
VAN HUSEMAN
SBN: 10323500
vhuseman@husemanstewart.com
ERIC STEWART
SBN: 24058133
estewart@husemanstewart.com
**HUSEMAN & STEWART, PLLC**
615 N. Upper Broadway, Suite 2000
Corpus Christi, TX 78401-0781
Tel: (361) 883-3563
Fax: (361) 883-0210

Filed
8/24/2017 11:09 AM
Anne Lorentzen
District Clerk
Nueces County, Texas

# NUECES COUNTY PROCESS REQUEST SHEET

## 901 LEOPARD STREET ROOM 313 / CORPUS CHRISTI, TEXAS 78401
## PHONE # 361-888-0450 / FAX # 361-888-0424

*FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING.*

**CAUSE NUMBER:** _2017DCV-3974-G_   **CURRENT COURT:**_____
**DATE OF REQUEST:** __8/30/17_____   **AMOUNT PAID:**_____

*SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST!*

**TYPE OF SERVICE/PROCESS TO BE ISSUED**
_Certified Mail, Return Receipt Requested_____

**NAME OF DOCUMENT/PLEADINGS TO BE SERVED**
_Plaintiff's Original Petition, Civil Cover Sheet_____

*SERVICE BY:*
[ ] ATTORNEY FOR PICK UP    [ ] ATTORNEY RETURN BY MAIL   [ ] CONSTABLE/SHERIFF  [ ] NO SERVICE
[ ] CIVIL PROCESS SERVER:
    AUTHORIZED PERSON: _____   PHONE:_____
**[XX] CERTIFIED MAIL** [] RESTRICTED DELIVERY
[ ] COURTHOUSE POSTING    # OF DAYS TO BE POSTED: _____
                              **BRIEF STATEMENT OF NONSUIT (USE REVERSE SIDE)**
[ ] PUBLICATION        **NAME OF PUBLICATION:** _____
                    # OF DAYS TO BE PUBLISHED: _____
                              **BRIEF STATEMENT OF NONSUIT (USE REVERSE SIDE)**

**PARTY/PARTIES TO BE SERVED:**
**[1] NAME/AGENT** _ABA Insurance Services, Inc./Corporation Service Company dba CSC Lawyers Incorporating Service Company
       **ADDRESS** _211 E. 7th Street, Ste. 620, Austin, Texas 78701-3218_____

**[2] NAME/AGENT** _____
       **ADDRESS** _____

**ATTORNEY OR PARTY REQUESTING ISSUANCE OF PROCESS:**

**NAME** _Eric Stewart_____ **ATTORNEY BAR #** __24058133_____
**MAILING ADDRESS** __615 N. Upper Broadway, Ste. 2000, Corpus Christi, Texas 78401_____
**PHONE #** __361-883-3563_____        **FAX #** __361-883-0210_____
**ATTORNEY REPRESENTS:**        **PLAINTIFF** ___XX__ **DEFENDANT** _____ **OTHER** _____

EXHIBIT D



**Citation for Personal Service –RESIDENT NOTICE (CERTIFIED MAIL)**

Case Number: **2017DCV-3974-G**

THE STATE OF TEXAS

NOTICE TO DEFENDANT:   You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO:   **ABA Insurance Services, Inc.**
      **211 E 7th Street, Ste 620**
      **Austin Tx  78701-3218**
the Defendant,

GREETING:   You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition; Civil Case Information Sheet** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the **Honorable David Stith**, **319th District Court** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas. Said Petition was filed on the 24th day of August, 2017.  A copy of same accompanies this citation.
The file number of said suit being Number:   **2017DCV-3974-G**

The style of the case is:  **First Community Bank vs. ABA Insurance Services, INC.**

Said Petition was filed in said court by **Eric S. Stewart**, attorney for Plaintiff, whose address is 615 N Upper Broadway Suite 2000  Corpus Christi Tx  78401-0781 .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this 5th day of September, 2017.

**ANNE LORENTZEN, DISTRICT CLERK**
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401
BY: _Yvonne N. Garcia_ , Deputy
Yvonne N. Garcia

## RETURN OF SERVICE

**2017DCV-3974-G**

**FIRST COMMUNITY BANK**
**VS.**
**ABA INSURANCE SERVICES, INC.**

319TH DISTRICT COURT

_____
Name

**ADDRESS FOR SERVICE**
**ABA Insurance Services, INC.**
211 E 7Th Street, Ste 620
Austin TX  78701-3218

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____ o'clock ___. m., and executed in _____ County, Texas by delivering to the within named defendant in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the _____ _____, at the following times and places, to-wit:

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|------|-----------|-------------------------------------------|
|      |           |                                           |

And not executed as to the defendant(s), _____
The diligence used in finding said defendant(s) being:

_____

and the cause of failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

| Fees: | | _____, | Officer |
|-------|--|----|----|
| Serving Petition and Copy | $_____ | _____, | County, Texas |
| Total | $_____ | By _____, | Deputy |

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a Citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my
                    (First, Middle, Last)
address is _____
                    (Street, City, State, Zip, Country)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____ day of of _____, 20_____.

_____
Declarant / Authorized Process Server

_____
ID# & Expiration of Certification

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.*

O F F I C I A L   U S

| Certified Mail Fee | |
|---|---|
| $ | |

**Extra Services & Fees** *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postm
Her

Postage

$

Total Postag

$

Sent To

ABA Insurance Services, Inc.
C/O Corporation Service Co. dba
CSC Lawyers Incorp. Service Comp
211 E. 7th Street, Ste. 620
Austin, Texas 78701-3218

Street and ?

City, State,

7017 1450 0000 5398 3012

# ANNE LORENTZEN
### DISTRICT CLERK



DISTRICT COURTS / COUNTY COURTS AT LAW

901 LEOPARD STREET, ROOM 313

CORPUS CHRISTI, TEXAS 78401

361 888-0450 Fax 888-0571

Certificate of
Return of Service

Cause Number  2017DCV-3974-G

First Community Bank
vs.
Style:  ABA Insurance Services, INC.

Pursuant to the Texas Rules of Civil Procedure, the undersigned certifies this cause.
Service was issued:

To:  ABA Insurance Services, INC.
211 E 7Th Street
Ste 620
Austin TX  78701-3218

On (Date Issued)  09/05/2017
and served on:  09/08/2017
or returned unserved

By Certified or Registered Mail.  The returned receipt is attached to this form and was filed in
this office on:

ANNE LORENTZEN, DISTRICT CLERK
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401

BY: _Wendy Carvajal_ Deputy
Wendy Carvajal

Date  09/11/2017

ER: *COMPLETE THIS SECTION*

plete items 1, 2, and 3.

your name and address on the reverse
at we can return the card to you.

ch this card to the back of the mailpiece,
the front if space permits.

e Addressed to:

**Insurance Services, Inc.**

**Corporation Service Co. dba**

**Lawyers Incorp. Service Company**

**E. 7th Street, Ste. 620**

**in, Texas 78701-3218**

9590 9402 3028 7124 1653 68

a Number *(Transfer from service label)*

017 1450 0000 5398 3012

3811, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ A
☐ A

B. Received by *(Printed Name)*

C. Date o

SEP (

D. Is delivery address different from item 1? ☐ Y
   If YES, enter delivery address below: ☐ N

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   d Mail
   d Mail Restricted Delivery
   (over $500)

☐ Priority Mail E
☐ Registered Ma
☐ Registered Ma
   Delivery
☑ Return Receip
   Merchandise
☐ Signature Con
☐ Signature Con
   Restricted De

Domestic Retur

**USPS TRACKING#**



590 9402 3028 7124 1653 68

First-Class Mail
Postage & Fees
USPS
Permit No. G-10

ted States
tal Service

Sender: Please print your name, address, and ZIP+4® in this box•

Anne Lorentzen
Nueces County District Clerk
P.O. Box 2987
Corpus Christi, Texas 78403

2017DCV3974-6

Filed
8/24/2017 11:09 AM
Anne Lorentzen
District Clerk
Nueces County, Texas

## CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* ___2017DCV-3974-G___   COURT *(FOR CLERK USE ONLY):* _____

STYLED ___First Community Bank v. ABA Insurance Services, Inc.___

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| **Name:** Van Huseman  **Email:** vhuseman@husemanstewart.com | **Plaintiff(s)/Petitioner(s):** First Community Bank | ☒ Attorney for Plaintiff/Petitioner ☐ *Pro Se* Plaintiff/Petitioner ☐ Title IV-D Agency ☐ Other: _____ |
| **Address:** 615 N Upper Broadway, #2000  **Telephone:** 361-883-3563 | | **Additional Parties in Child Support Case:** |
| **City/State/Zip:** Corpus Christi, TX 78401  **Fax:** 361-883-0210 | **Defendant(s)/Respondent(s):** ABA Insurance Services, Inc. | **Custodial Parent:** _____  **Non-Custodial Parent:** _____ |
| **Signature:**  **State Bar No:** 10323500 | [Attach additional page as necessary to list all parties] | **Presumed Father:** _____ |

**2. Indicate case type, or identify the most important issue in the case** *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract* ☐ Consumer/DTPA ☐ Debt/Contract ☐ Fraud/Misrepresentation ☒ Other Debt/Contract: insurance | ☐ Assault/Battery ☐ Construction ☐ Defamation *Malpractice* ☐ Accounting ☐ Legal ☐ Medical ☐ Other Professional Liability: | ☐ Eminent Domain/ Condemnation ☐ Partition ☐ Quiet Title ☐ Trespass to Try Title ☐ Other Property: _____ | ☐ Annulment ☐ Declare Marriage Void *Divorce* ☐ With Children ☐ No Children | ☐ Enforcement ☐ Modification—Custody ☐ Modification—Other |
| *Foreclosure* ☐ Home Equity—Expedited ☐ Other Foreclosure ☐ Franchise ☐ Insurance ☐ Landlord/Tenant ☐ Non-Competition ☐ Partnership ☐ Other Contract: _____ | ☐ Motor Vehicle Accident ☐ Premises *Product Liability* ☐ Asbestos/Silica ☐ Other Product Liability List Product: _____ ☐ Other Injury or Damage: _____ | **Related to Criminal Matters** ☐ Expunction ☐ Judgment Nisi ☐ Non-Disclosure ☐ Seizure/Forfeiture ☐ Writ of Habeas Corpus— Pre-indictment ☐ Other: _____ | **Title IV-D** ☐ Enforcement/Modification ☐ Paternity ☐ Reciprocals (UIFSA) ☐ Support Order |  |
|  |  |  | **Other Family Law** ☐ Enforce Foreign Judgment ☐ Habeas Corpus ☐ Name Change ☐ Protective Order ☐ Removal of Disabilities of Minority ☐ Other: _____ | **Parent-Child Relationship** ☐ Adoption/Adoption with Termination ☐ Child Protection ☐ Child Support ☐ Custody or Visitation ☐ Gestational Parenting ☐ Grandparent Access ☐ Parentage/Paternity ☐ Termination of Parental Rights ☐ Other Parent-Child: _____ |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination ☐ Retaliation ☐ Termination ☐ Workers' Compensation ☐ Other Employment: _____ | ☐ Administrative Appeal ☐ Antitrust/Unfair Competition ☐ Code Violations ☐ Foreign Judgment ☐ Intellectual Property | ☐ Lawyer Discipline ☐ Perpetuate Testimony ☐ Securities/Stock ☐ Tortious Interference ☐ Other: _____ | | |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal ☐ Tax Delinquency ☐ Other Tax | *Probate/Wills/Intestate Administration* ☐ Dependent Administration ☐ Independent Administration ☐ Other Estate Proceedings | ☐ Guardianship—Adult ☐ Guardianship—Minor ☐ Mental Health ☐ Other: _____ |

**3. Indicate procedure or remedy, if applicable** *(may select more than 1):*

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court ☐ Arbitration-related ☐ Attachment ☐ Bill of Review ☐ Certiorari ☐ Class Action | ☐ Declaratory Judgment ☐ Garnishment ☐ Interpleader ☐ License ☐ Mandamus ☐ Post-judgment | ☐ Prejudgment Remedy ☐ Protective Order ☐ Receiver ☐ Sequestration ☐ Temporary Restraining Order/Injunction ☐ Turnover |

**4. Indicate damages sought** *(do not select if it is a family law case)*:
☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☒ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

EXHIBIT G

Rev 2/13

## CAUSE NO.2017-DCV-3974-G

| | | |
|---|---|---|
| FIRST COMMUNITY BANK, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | NUECES COUNTY, TEXAS |
| | § | |
| ABA INSURANCE SERVICES, INC., | § | |
| | § | JUDICIAL DISTRICT |
| Defendant. | § | |

## ABA INSURANCE SERVICES, INC.'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

Defendants ABA INSURANCE SERVICES, INC. ("ABA" or "Defendant") files this its Original Answer to Plaintiffs' Original Petition in the above-styled and numbered cause, and would respectfully show the following:

### I.   GENERAL DENIAL

1.1    Defendant generally denies the allegations in Plaintiff's Original Petition, and request that Plaintiff be required to prove them by a preponderance of the evidence, in accordance with the Laws of the State of Texas.

### II.   ADDITIONAL DEFENSES

2.1    Defendant denies that Plaintiff has stated a claim for which relief may be granted and/or Plaintiff's claim(s) have no basis in law or fact.

### III.   PRAYER

3.1    WHEREFORE, PREMISES CONSIDERED, Defendant ABA Insurance Services, Inc. respectfully prays that Plaintiff take nothing from this suit, and that Defendant receive all costs of Court and such other and further relief, both at law and in equity, to which Defendant may show itself to be justly entitled.

EXHIBIT H

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By:   */s/ Zandra E. Foley*
      Zandra E. Foley
      Texas State Bar No. 24032085
      *E-Mail:  zfoley@thompsoncoe.com*
      Brian S. Martin
      Texas State Bar No. 13055350
      *E-mail: bmartin@thompsoncoe.com*
      Steven M. Augustine
      Texas State Bar No.  24064845
      *E-Mail:  saugustine@thompsoncoe.com*
      One Riverway, Suite 1400
      Houston, Texas   77056-1988
      (713) 403-8210  Telephone
      (713) 403-8299  Telecopier

      *Counsel for ABA Insurance Services, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 6th day of October, 2017, a true and correct copy of this document was electronically forwarded to all known counsel of record in accordance with the Texas Rules of Civil Procedure, as follows:

Van Huseman
Eric Stewart
Huseman & Stewart, PLLC
615 N. Upper Broadway, Suite 2000
Corpus Christi, TX  78401-0781
vhuseman@husemanstewart.com
estewart@husemanstewart.com
*Attorneys for Plaintiffs*

*/s/ Steven M. Augustine*
Steven M. Augustine

## Filing Details



Submission Id: 19908988

Submission Date and Time: 10/06/17 11:32 AM

Submission Status: submitted

Filing Acceptance Date and Time:

Clerk Notes:

### Case Information

Case Title: First Community Bank vs. ABA Insurance Services, INC.

Location: Nueces County - 319th District Court       Client ID: 11589.002

Court:                                               Attorney: Zandra E Foley

Case Category: Civil - Contract                      Filer: Josephine Hart

Case Type: Debt/Contract - Other                     Payment Account: FileTime Platinum Account

Case Number: 2017DCV-3974-G

### Parties

| Party Type | Name | Attorney |
|---|---|---|
| Plaintiff | First Community Bank | |
| Defendant | ABA Insurance Services, INC. | Zandra E Foley |

### Filing

| Filing Code | Document | | | Type |
|---|---|---|---|---|
| Answer/Response | Document Name | Type | Security | eFile & eServe |
| | ABA_Answer_to_Plff_Orig_Petition.pdf | Lead Document | Does not contain sensitive data | |

### Court Services Requested

### Firm Service Contacts

| Name | Email Address |
|---|---|
| Steven Augustine | saugustine@thompsoncoe.com |
| Zandra Foley | zfoley@thompsoncoe.com |
| Brian Martin | bmartin@thompsoncoe.com |

### Filing eService Recipients

| Status Code | Name | Email | Served | Opened |
|---|---|---|---|---|
| Sent | Eric Stewart | estewart@husemanstewart.com | 10/06/17 11:33 AM CDST | 10/06/17 12:50 PM CDST |

### Fax Service

| Name | Number | Status | Response |
|---|---|---|---|

### Fees Breakdown

**Court Fees**

Answer/Response

| Filing Fee | $0.00 |
|---|---|
| **Total Fee For This Filing** | **$0.00** |

**Submission Fees**

| eFiling Manager Convenience Fee | $0.12 |
|---|---|
| FileTime Service Fee | $3.99 |
| Sales Tax on FileTime Fee | $0.33 |
| **Total Submission Fees** | **$4.44** |
| **Total Fees for this Submission** | **$4.44** |

### Credit Card Information Breakdown

Your credit card statement will show:

**Pleading**

| Jurisdiction (**TXEFILE**) | $0.00 |
|---|---|
| eFiling Manager (**Tyler (TX)file Conv Fee**) | $4.44 |

### Notes

The above fees are **estimates only** and are subject to change after clerk review. You **should not use this page for billing purposes.** Your firm eFiling Administrator should run a billing report under **Admin > Reports.**

© 2017 FileTime. All rights reserved.



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 17124045**
**Date Processed: 09/11/2017**

| | |
|---|---|
| **Primary Contact:** | Eric Steiner<br>ABA Insurance Services<br>5910 Lander Brook Drive<br>Ste 100<br>Mayfield Heights, OH 44124 |
| **Electronic copy provided to:** | Shawn McNamara |

| | |
|---|---|
| **Entity:** | ABA Insurance Services Inc.<br>Entity ID Number  2781420 |
| **Entity Served:** | ABA Insurance Services, Inc. |
| **Title of Action:** | First Community Bank vs. Aba Insurance Services, Inc |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Nueces County District Court, Texas |
| **Case/Reference No:** | 2017DCV-3974-G |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 09/08/2017 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Eric Stewart<br>361-883-3563 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

EXHIBIT I

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **FIRST COMMUNITY BANK,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. _____** |
| | § | **(Jury)** |
| **ABA INSURANCE SERVICES, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## LIST OF PARTIES AND COUNSEL

1.  <u>COUNSEL FOR PLAINTIFF FIRST COMMUNITY BANK:</u>

    Van Huseman
    Texas State Bar No. 10323500
    Email: vhuseman@husemanstewart.com
    Eric Stewart
    Texas State Bar No. 24058133
    estewart@husemanstewart.com
    HUSEMAN & STEWART, PLLC
    615 N. Upper Broadway, Suite 2000
    Corpus Christi, TX  78401-0781
    Telephone: (361) 883-3563
    Facsimile: (361) 883-0210

2.  <u>COUNSEL FOR DEFENDANT ABA INSURANCE SERVICES, INC.:</u>

    THOMPSON, COE, COUSINS & IRONS, L.L.P.

    Zandra E. Foley
    Texas State Bar No. 24032085
    Southern District I.D. No.:  632778
    E-Mail:  zfoley@thompsoncoe.com
    Brian S. Martin
    Texas State Bar No. 13055350
    Southern District I.D. No.:  8823
    E-mail: bmartin@thompsoncoe.com
    Steven M. Augustine
    Texas State Bar No.  24064845

EXHIBIT J

Southern District I.D. No.:  1467860
E-Mail:  saugustine@thompsoncoe.com
One Riverway, Suite 1400
Houston, Texas   77056-1988
(713) 403-8210  Telephone
(713) 403-8299  Telecopier

JS 44  (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| FIRST COMMUNITY BANK | ABA INSURANCE SERVICES, INC. |

| (b) County of Residence of First Listed Plaintiff  Nueces | County of Residence of First Listed Defendant  Cuyahoga, Ohio |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)*<br>Van Huseman and Eric Stewart<br>Huseman & Stewart, PLLC<br>615 N. Upper Broadway, Ste. 2000, Corpus Christi TX 78401 | Attorneys *(If Known)*<br>Zandra E. Foley and Steven M. Augustine<br>Thompson Coe Cousins & Irons LLP<br>One Riverway, Ste. 1400, Houston TX 77056 |
|---|---|

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1  U.S. Government Plaintiff
- ❏ 3  Federal Question *(U.S. Government Not a Party)*
- ❏ 2  U.S. Government Defendant
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                                *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance<br>❏ 120 Marine<br>❏ 130 Miller Act<br>❏ 140 Negotiable Instrument<br>❏ 150 Recovery of Overpayment & Enforcement of Judgment<br>❏ 151 Medicare Act<br>❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>❏ 153 Recovery of Overpayment of Veteran's Benefits<br>❏ 160 Stockholders' Suits<br>❏ 190 Other Contract<br>❏ 195 Contract Product Liability<br>❏ 196 Franchise | **PERSONAL INJURY**<br>❏ 310 Airplane<br>❏ 315 Airplane Product Liability<br>❏ 320 Assault, Libel & Slander<br>❏ 330 Federal Employers' Liability<br>❏ 340 Marine<br>❏ 345 Marine Product Liability<br>❏ 350 Motor Vehicle<br>❏ 355 Motor Vehicle Product Liability<br>❏ 360 Other Personal Injury<br>❏ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>❏ 365 Personal Injury - Product Liability<br>❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>❏ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>❏ 370 Other Fraud<br>❏ 371 Truth in Lending<br>❏ 380 Other Personal Property Damage<br>❏ 385 Property Damage Product Liability | ❏ 625 Drug Related Seizure of Property 21 USC 881<br>❏ 690 Other | ❏ 422 Appeal 28 USC 158<br>❏ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>❏ 820 Copyrights<br>❏ 830 Patent<br>❏ 835 Patent - Abbreviated New Drug Application<br>❏ 840 Trademark<br>**SOCIAL SECURITY**<br>❏ 861 HIA (1395ff)<br>❏ 862 Black Lung (923)<br>❏ 863 DIWC/DIWW (405(g))<br>❏ 864 SSID Title XVI<br>❏ 865 RSI (405(g)) | ❏ 375 False Claims Act<br>❏ 376 Qui Tam (31 USC 3729(a))<br>❏ 400 State Reapportionment<br>❏ 410 Antitrust<br>❏ 430 Banks and Banking<br>❏ 450 Commerce<br>❏ 460 Deportation<br>❏ 470 Racketeer Influenced and Corrupt Organizations<br>❏ 480 Consumer Credit<br>❏ 490 Cable/Sat TV<br>❏ 850 Securities/Commodities/ Exchange<br>❏ 890 Other Statutory Actions<br>❏ 891 Agricultural Acts<br>❏ 893 Environmental Matters<br>❏ 895 Freedom of Information Act |
| **REAL PROPERTY**<br>❏ 210 Land Condemnation<br>❏ 220 Foreclosure<br>❏ 230 Rent Lease & Ejectment<br>❏ 240 Torts to Land<br>❏ 245 Tort Product Liability<br>❏ 290 All Other Real Property | **CIVIL RIGHTS**<br>❏ 440 Other Civil Rights<br>❏ 441 Voting<br>❏ 442 Employment<br>❏ 443 Housing/ Accommodations<br>❏ 445 Amer. w/Disabilities - Employment<br>❏ 446 Amer. w/Disabilities - Other<br>❏ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>❏ 463 Alien Detainee<br>❏ 510 Motions to Vacate Sentence<br>❏ 530 General<br>❏ 535 Death Penalty<br>**Other:**<br>❏ 540 Mandamus & Other<br>❏ 550 Civil Rights<br>❏ 555 Prison Condition<br>❏ 560 Civil Detainee - Conditions of Confinement | **LABOR**<br>❏ 710 Fair Labor Standards Act<br>❏ 720 Labor/Management Relations<br>❏ 740 Railway Labor Act<br>❏ 751 Family and Medical Leave Act<br>❏ 790 Other Labor Litigation<br>❏ 791 Employee Retirement Income Security Act<br>**IMMIGRATION**<br>❏ 462 Naturalization Application<br>❏ 465 Other Immigration Actions | **FEDERAL TAX SUITS**<br>❏ 870 Taxes (U.S. Plaintiff or Defendant)<br>❏ 871 IRS—Third Party 26 USC 7609 | ❏ 896 Arbitration<br>❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>❏ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❏ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ❏ 3  Remanded from Appellate Court
- ❏ 4  Reinstated or Reopened
- ❏ 5  Transferred from Another District *(specify)*
- ❏ 6  Multidistrict Litigation - Transfer
- ❏ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Sections 1441 and 1446

Brief description of cause:
Removal of breach of contract claim based on diversity jurisdiction.

| VII. REQUESTED IN COMPLAINT: | ❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. | DEMAND $<br>1,000,000.00 | CHECK YES only if demanded in complaint:<br>JURY DEMAND:  ☒ Yes  ❏ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | *(See instructions):* | JUDGE | DOCKET NUMBER |
|---|---|---|---|

| DATE<br>10/06/2017 | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|

EXHIBIT K