UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **FIRST COMMUNITY BANK** § | |
| § | |
| **V.** § | **CIVIL ACTION NO. 2:17-CV-00315** |
| § | |
| **EVEREST NATIONAL INSURANCE** § | |
| **COMPANY** § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff First Community Bank and Defendant Everest National Insurance Company (collectively referred to as the "Parties") file this, their *Agreed Motion to Dismiss with Prejudice* in the present action, and in support thereof, respectfully show the following:

The Parties have fully resolved and settled all matters in controversy herein. As a result, the Parties move that this cause be **dismissed with prejudice**, with costs to be taxed against the party incurring same.

WHEREFORE PREMISES CONSIDERED, Plaintiff First Community Bank and Defendant Everest National Insurance Company respectfully request the Court GRANT this *Agreed Motion to Dismiss with Prejudice.*

    Respectfully submitted,

    **HUSEMAN & STEWART**

    */s/ Van Huseman* *
    Van Huseman
    SBN: 10323500
    Federal ID: 1167
    vhuseman@husemanstewart.com
    ERIC STEWART

1

SBN: 24058133
Federal ID: 77665
estewart@husemanstewart.com
615 N. Upper Broadway, Suite 2000
Corpus Christi, TX 78401-0781
Tel: (361) 88303563
Fax: (361) 883-0210

*signed by permission SMA*

**ATTORNEYS FOR PLAINTIFF, FIRST COMMUNITY BANK**

AGREED TO BY:

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**


By: */s/ Steven M. Augustine*
    Zandra E. Foley
    State Bar No. 24032085
    Steven M. Augustine
    State Bar No. 24064845
One Riverway, Suite 1400
Houston, Texas 77056-1988
Telephone: (713) 403-8377
Facsimile: (713) 403-8299
E-mail: zfoley@thompsoncoe.com
E-Mail: saugustine@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT,
EVEREST NATIONAL INSURANCE COMPANY**

2

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on July 17, 2018, a true and correct copy of this document was served on all counsel via an authorized or agreed upon means.

                                */s/ Steven M. Augustine*
                                Steven M. Augustine