United States District Court
Southern District of Texas
**ENTERED**
July 18, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **FIRST COMMUNITY BANK** | § § | |
| V. | § § | CIVIL ACTION NO. 2:17-CV-00315 |
| **EVEREST NATIONAL INSURANCE COMPANY** | § § § | |

## ORDER

On this day came to be considered the *Agreed Motion to Dismiss with Prejudice* all claims asserted by Plaintiff First Community Bank and Defendants Everest National Insurance Company.

The Court, having reviewed the pleadings in this matter and being advised that the parties have reached a resolution of this dispute, is of the opinion and finds that the *Agreed Motion to Dismiss with Prejudice* is meritorious and should be GRANTED.

IT IS, THEREFORE, ORDERED that all claims brought by Plaintiff First Community Bank against Defendant Everest National Insurance Company are **DISMISSED with prejudice**, with costs to be taxed against the party incurring same.

SIGNED this _____ day of ___7/17/18___, 2018.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE